# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

BRYCE RINKHOFF, INDIVIDUALLY AND : No. 11 WM 2018
AS A MEMBER OF RINKHOFF :
AGRICULTURAL ENTERPRISES, L.L.C., :
:
      Petitioner :
:
:
:
      v. :
:
:
THE COURT OF COMMON PLEAS, :
GREENE COUNTY, PENNSYLVANIA, :
PRESIDENT JUDGE, FARLEY :
TOOTHMAN, :
:
      Respondent :

## ORDER

**PER CURIAM**

    **AND NOW**, this 1st day of May, 2018, the Application for Permission to Reply, to the extent it seeks leave to respond to the no-answer letter, is GRANTED.  In all other respects, the Application for Permission to Reply is DENIED.  The Petition for Writ of Prohibition is DENIED.  The Application for Intervention is DISMISSED.  The Prothonotary is DIRECTED to strike the name of the jurist from the caption.